UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CIV. 7743**

Stanley Hardee
Alice Simmons

(In the space above enter the full name(s) of the plaintiff(s).)

**COMPLAINT**

-against-

City of New York
Sergeant Christopher Siani - NYCPD
Detective Joseph Cosaluzzo - NYCPD
Officer Stephen Laud - NYCPD
Officer Kieran Kailee - NYCPD

Jury Trial: ☒ Yes   ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

RECEIVED
2010 OCT -6  P 2:40
PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Mr. Stanley Hardee  #349-10-12452
            Street Address  09-09 Hazen Street
            County, City  East Elmhurst, Queens
            State & Zip Code  New York  11370
            Telephone Number  _____

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007                                 1

Defendant No. 1   Name _Christopher Siani - Sergeant - N.Y.P.D. #04029_
                  Street Address _1 Police Plaza_
                  County, City _New York City_
                  State & Zip Code _New York 10017_
                  Telephone Number _____

Defendant No. 2   Name _Joseph Cosaluzzo - Detective - N.Y.P.D. #07749_
                  Street Address _1 Police Plaza_
                  County, City _New York City_
                  State & Zip Code _New York 10017_
                  Telephone Number _____

Defendant No. 3   Name _Stephen Loud - Officer - N.Y.P.D. #28384_
                  Street Address _1 Police Plaza_
                  County, City _New York City_
                  State & Zip Code _New York 10017_
                  Telephone Number _____

Defendant No. 4   Name _Kieran Kailer - Officer - N.Y.P.D. #19592_
                  Street Address _1 Police Plaza_
                  County, City _New York City_
                  State & Zip Code _New York 10017_
                  Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Violation of Constitutional Amendments and Violation of New York City Departmental Conduct Codes._

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

Rev. 05/2007

2

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? New York City - Manhattan at 1878 Lexington Avenue

B. What date and approximate time did the events giving rise to your claim(s) occur? Subject matter date was July 31, 2010 at approx. 1:22 a.m.

C. Facts: On the above date and approx. time. My vehicle was pulled over for an alleged traffic violation for which no ticket or citation was issued. My vehichle was ramsacked and there was a lost/found firearm recovered in my vehichle, which I had no prior knowledge of. During such search my wife and I were physically manhondle to the point where I received fractures to my teeth and they are in need of dental repair. My wife attempted to let the officer, Mainly officers Loud, officer Kailer and Sgt. Siani know that I had no knowledge of the weapon and that my wife had found it and was going to turn such over to the Gun-buy-back program sponsored by the NYPD, yet instead of help we only received physical, mental and emotional duress.

[Side labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I sustained fractures to my top front teeth which are constructed with Gold and I have lacerations about my face, arms etc. My wife - Alice Simmons received lacerations, pointedly mental aguish and duress along with my mental anguish, duress and physical abuse.

Rev. 05/2007

3

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. We seek compensatory damages from the defendants in the amount of 3 million dollars. 1 million from the City of New York for relief of violation of our Constitutional Amendment No. 4. $500,000 per defendant for physical, mental and Emotional duress and anguish.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of September, 2010.

Signature of Plaintiff  *Stanley Horlee*

Mailing Address  # 349-10-12452
09-09 Hazen Street
East Elmhurst, NY 11370

Telephone Number  N/A

Fax Number (if you have one)  N/A

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 28 day of September, 2010, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Stanley Horlee*